1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON, SEATTLE**

7
8

**ISOMEDIA, INC.** a Washington corporation; **ISOMEDIA.COM, L.L.C.,** a Washington limited liability company**,**

9
10

**Plaintiffs,**

v.

11
12

**TELEBRANDS, INC.,** a New Jersey corporation**; TELEBRANDS CORPORATION,** a New Jersey corporation; **and JOHN DOES, I-XX,**

13
14

**Defendants.**

**NO.**

**COMPLAINT FOR PENALTIES AND DAMAGES UNDER THE CAN-SPAM ACT OF 2003 (15 U.S.C. § 7701 ET SEQ.); AND FOR INJUNCTIVE RELIEF**

[JURY DEMANDED]

15

**PARTIES, JURISDICTION, VENUE**

16
17

1.      **ISOMEDIA, INC.** is a Washington corporation, with its principal place of business in Seattle, Washington, and at all relevant times hereto was duly registered and licensed to do business in the State of Washington.

18
19
20
21
22

2.      **ISOMEDIA.COM, LLC**, is a Washington Limited Liability Company, with its principal place of business in Seattle, Washington, is an entity wholly owned and managed by Isomedia, Inc., and at all relevant times hereto was duly registered and licensed to do business in the State of Washington. (referenced collectively herein together with Isomedia, Inc. as **"ISOMEDIA"** or **"Plaintiff"**).

23
24
25

COMPLAINT FOR DAMAGES, PENALTIES,
AND INJUNCTIVE RELIEF  -1
ISOMEDIA v. TELEBRANDS, INC., et al.

**i.Justice Law, PC**
**PO Box 25817**
**Seattle, WA 98165-1317**
**Phone/Fax: 888-839-3299**

3.    Plaintiffs are informed and believe that Defendant **Telebrands, Inc. ("Telebrands")** is a corporation organized under the laws of New Jersey, with its principal place of business located in Fairfield, New Jersey.

4.    Plaintiffs are informed and believe that Defendant **Telebrands Corporation (**herein together with Telebrands, Inc. collectively referred to alternatively as **"Telebrands"** or **"Defendant(s)")** is a corporation organized under the laws of New Jersey, with its principal place of business located in Fairfield, New Jersey.
                    .

## Jurisdiction and Venue

6.    Jurisdiction is proper pursuant to 28 U.S.C. §1331 (federal question), for violations of the CAN-SPAM Act of 2003 (15 U.S.C. § 7701 et seq.), and original jurisdiction under 15 U.S.C. § 7706(g)(1) for cases involving a civil action by an internet access service adversely affected by a violation of 15 U.S.C. § 7704(a)(1), 15 U.S.C. § 7704(b), or 15 U.S.C. § 7704(d), or a pattern of practice that violates paragraphs (2), (3), (4), or (5) of section 15 U.S.C. § 7704(a). The Court also has original jurisdiction pursuant to 28 U.S.C. §1332 (diversity).

7.    Defendants have purposely availed themselves of the privileges of conducting commercial activity in the instant forum, and the exercise of jurisdiction by this Court is reasonable since Defendants should have known that they would be subject to the jurisdiction and laws of the forum state when they sent, or had commercial emails sent, to email accounts in the State of Washington such as those owned or maintained by Plaintiff.  *Aitken v. Communications Workers of America,* 496 F. Supp. 2d 653 (E.D. Va., 2007); *Verizon Online Services, Inc. v. Ralsky,* 203 F. Supp. 2d 601 (E.D. Va., 2002); and *Internet Doorway, Inc. v. Parks,* 138 F. Supp. 2d 773(S.D. Miss., 2001).

COMPLAINT FOR DAMAGES, PENALTIES,
AND INJUNCTIVE RELIEF  -2
ISOMEDIA v. TELEBRANDS, INC., et al.

**i.Justice Law, PC**
**PO Box 25817**
**Seattle, WA 98165-1317**
**Phone/Fax: 888-839-3299**

8.   Venue is proper pursuant to 28 U.S.C. §1391, as a substantial part of the unlawful actions by the Defendants occurred in this judicial district, namely the subject emails were sent to email addresses, and received on servers and protected computers located in the State of Washington, and particularly in the Western District of Washington.

**General Allegations**

9.   The United States Congress in enacting the CAN-SPAM Act of 2003 (15 U.S.C. § 7701 et seq.) found:

a.   The convenience and efficiency of electronic mail are threatened by the extremely rapid growth in the volume of unsolicited commercial electronic mail. Unsolicited commercial electronic mail is currently estimated to account for over half of all electronic mail traffic, up from an estimated 7 percent in 2001, and the volume continues to rise. Most of these messages are fraudulent or deceptive in one or more respects.

b.   The receipt of unsolicited commercial electronic mail may result in costs to recipients who cannot refuse to accept such mail and who incur costs for the storage of such mail, or for the time spent accessing, reviewing, and discarding such mail, or for both.

c.   The receipt of a large number of unwanted messages also decreases the convenience of electronic mail and creates a risk that wanted electronic mail messages, both commercial and noncommercial, will be lost, overlooked, or discarded amidst the larger volume of unwanted messages, thus reducing the reliability and usefulness of electronic mail to the recipient.

COMPLAINT FOR DAMAGES, PENALTIES,
AND INJUNCTIVE RELIEF -3
ISOMEDIA v. TELEBRANDS, INC., et al.

**i.Justice Law, PC**
**PO Box 25817**
**Seattle, WA 98165-1317**
**Phone/Fax: 888-839-3299**

d.    The growth in unsolicited commercial electronic mail imposes significant monetary costs on providers of Internet access services, businesses, and educational and nonprofit institutions that carry and receive such mail, as there is a finite volume of mail that such providers, businesses, and institutions can handle without further investment in infrastructure.

e.    Many senders of unsolicited commercial electronic mail purposefully disguise the source of such mail.

10.    During all times relevant hereto, and through the present, Plaintiff ISOMEDIA was a Washington resident that provided and enabled email services for multiple users on a computer server that provides email forwarding services, domain registration and updating, site construction, hosting and maintenance to Plaintiff's customers.

11.    At all relevant times herein ISOMEDIA was an "internet access service" ("IAS") as defined under 15 USC 7702(11) and 47 USC 231(e)(4).

12.    The email accounts hosted and served by Plaintiff include email accounts owned by third-party customers of Plaintiffs' IAS, and also include email accounts owned by Plaintiffs, collectively the "Email Addresses" and/or "Recipient Address" and individually and generically an "Email Address" (listed and attached hereto as Exhibit "A")

13.    During 2008-2010 Plaintiff received numerous electronic-mail messages sent and/or initiated by or on behalf of Defendants and addressed to the Email Addresses. (collectively the "Emails" or individually and generically as an "Email").

14.    The Emails, and each of them, were received by ISOMEDIA on its servers located in Seattle, Washington.

COMPLAINT FOR DAMAGES, PENALTIES,
AND INJUNCTIVE RELIEF  -4
ISOMEDIA v. TELEBRANDS, INC., et al.

**i.Justice Law, PC**
**PO Box 25817**
**Seattle, WA 98165-1317**
**Phone/Fax: 888-839-3299**

15.     On or about December 15, 2008, Plaintiff, through its attorneys, sent a letter to Defendant Telebrands at an address advertised in numerous of the Emails, which letter requested that Defendants cease and desist from sending further emails to a list of domains hosted on Plaintiff's servers and further advised Defendants that the Emails violated the CAN-SPAM Act.

16.     Defendants have received numerous consumer complaints about their marketing spam that violates the CAN-SPAM Act.  As a result of these complaints, and the resultant publicity, as well as Plaintiff's letter, Defendants were on notice, and therefore knew or consciously avoided knowing, that their Email violated the CAN-SPAM Act, and yet they continued to send it to Plaintiff.

17.     Each of the Emails, violate the law in one or more of the following ways:

a.       fails to include, or contain a valid physical address in the body of the email, or contains multiple addresses, none of which identify the actual sender clearly and or conspicuously in violation of 15 USC 7704(a)(5)(A)(iii);

b.       uses an originating electronic mail address, domain name, or Internet Protocol address the access to which for purposes of initiating the message was obtained by means of false or fraudulent pretenses or representations in violation of 15 USC 7704(a)(1)(A);

c.       fails to accurately identify the actual sender of the Email in the header "From" name line and or "Return Path" and/or "Transmission Path", or in the body of the Email and/or contains, or is accompanied by, header information that is materially false or materially misleading in violation of 15 USC 7704 (a)(1), including, but not limited to the use of cloaked or hidden domain registration information;

d.       fails to include and/or maintain a functioning return electronic mail address, or other Internet-based mechanism, capable of receiving messages or communications a recipient may use requesting not to

receive future electronic mail messages from that sender, for the 30 day period mandated under 15 USC 7704(a)(3) ;

e.        was sent to and received at the Recipient Addresses subsequent to notice provided to Defendant to cease and desist sending unsolicited, unwanted, and unlawful Email in violation of 15 USC 7704(a)(4);

f.        was sent from a domain which used scripts or other automated means to register for multiple domains, electronic mail accounts or online user accounts from which to transmit to a protected computer, or enable another person to transmit to a protected computer, a commercial electronic mail message that is otherwise unlawful in violation of 15 USC 7704(b)(2);

g.        was sent as part of pattern or practice that violates 15 USC 7704(a) sections (1), (2), (3), (4) or (5).

18.    Defendants initiated the transmission of the Emails, and each of them. In the alternative, Defendants conspired or otherwise acted in collusion with another or others, or assisted another or others to transmit the Emails, and each of them.

19.    As a result of the receipt of spam in general, including the receipt of the Emails at issue herein, Plaintiff has, incurred substantial costs, and suffered significant damages including, but not limited to:  had to purchase and/or configure additional servers; had to purchase additional bandwidth; had to pay technical staff to deal with spam and spam related issues in addition to other labor costs related to dealing with spam; has lost hundreds of customers relating to spam issues; had to design, purchase and operate  a large anti-spam and anti-virus scanning system comprised of a cluster of more than a dozen dedicated servers whose only functions are for filtering spam and viruses from e-mail addressed to users of Plaintiff's services; had to pay for commercial anti-spam services on an ongoing basis; has experienced system and network crashes.

COMPLAINT FOR DAMAGES, PENALTIES,
AND INJUNCTIVE RELIEF  -6
ISOMEDIA v. TELEBRANDS, INC., et al.

**FIRST CAUSE OF ACTION – CAN-SPAM ACT**

**15 U.S.C. §7701 et seq.**

20.    On the basis of the facts set forth herein, Defendants initiated the transmission of the Emails, and each of them, to a protected computer in violation of 15 U.S.C. §7704(a)(1) and/or (3), and/or (4), and/or (5) and/or engaged in a pattern or practice in violation of §7704(b)(2) causing damage to Plaintiff ISOMEDIA as the provider of the Internet access service receiving each such Email, and entitling Plaintiff to statutory damages of $100.00 and/or $25.00 per each such violation as provided in 15 U.S.C. §7706(g)(3).

21.    Defendants did willfully and knowingly so act in violation of the provisions of 15 U.S.C. §7704(b).

22.    Plaintiffs are entitled to treble all statutory damages as set forth in 15 U.S.C. §7706 (g)(1)(C).

23.    Plaintiffs, pursuant to 15 U.S.C. §7706 (g)(1)(A), furthermore seek a preliminary and permanent injunction against the Defendants for their current and future violations of the CAN-SPAM ACT of 2003 as Plaintiffs and members of the general public will continue to incur damages as a result of Defendants' unlawful actions.

24.    Plaintiffs furthermore seek their attorney fees and costs against Defendants pursuant to 15 U.S.C. §7706 (g)(4).

**REQUEST FOR RELIEF**

COMPLAINT FOR DAMAGES, PENALTIES,
AND INJUNCTIVE RELIEF -7
ISOMEDIA v. TELEBRANDS, INC., et al.

**i.Justice Law, PC**
**PO Box 25817**
**Seattle, WA 98165-1317**
**Phone/Fax: 888-839-3299**

Plaintiff respectfully requests the following relief:

1. Entry of a Judgment against the Defendants in the amount of $100 for each violation of  15 U.S.C. §7704(a)(1); $25 for each violation of 15 U.S.C. §7704(a) (3) and/or (4), and/or 15 U.S.C. § 7704(d), or a pattern of practice that violates paragraphs (2), (3), (4), or (5) of section 15 U.S.C. § 7704(a), plus such other and further damages as may be proved at trial, plus treble damages to the extent permitted by 15 U.S.C. §7706 (g) (3) (C), plus prejudgment and post-judgment interest at the highest rate permitted by law, plus cost of suit and reasonable attorney fees pursuant to 15 U.S.C. §7706 (g) (4);

2. Entry of a permanent injunction against Defendants prohibiting Defendants from sending or causing to be sent commercial electronic mail messages to Email addresses at domains hosted by Isomedia.

3. Such other and further relief as the Court deems just and equitable.

**RESPECTFULLY SUBMITTED this 29th day of July, 2010.**

i.JUSTICE LAW, P.C.                          DOUGLAS E. MCKINLEY, JR
                                             Attorney at Law

/S/ Robert J. Siegel                         /S/ Douglas E. McKinley, Jr.
Robert J. Siegel,                            Douglas E. McKinley, Jr.,
WSBA #17312                                  WSBA#20806
Attorney for Plaintiffs                       Attorney for Plaintiffs

COMPLAINT FOR DAMAGES, PENALTIES,
AND INJUNCTIVE RELIEF  -8
ISOMEDIA v. TELEBRANDS, INC., et al.

**i.Justice Law, PC
PO Box 25817
Seattle, WA 98165-1317
Phone/Fax: 888-839-3299**

**EXHIBIT "A"**

**To: *Isomedia v Telebrands, Inc., et al.***

## The time frame over which the emails were sent

The time frame for the Email sent by or on behalf of Defendants and for which Plaintiff seeks recovery in this lawsuit is

**Date of First Alleged Email:**　　**On or about May 30, 2008**

**Date of Most Recent Email:**　　**On or about March 25, 2010 (ongoing)**

## A brief factual basis upon which Isomedia claims the defendant sent the emails.

Plaintiff alleges that the emails attributed to Defendant exhibit at least one, and typically all, of the following indicia that Defendant, or agents acting on behalf of Defendant, sent the email.

**A.**　　At least some of the Emails attributed to Defendants include a representation that a recipient may contact the sender of the Email by writing to a mailing address stated in the email to which Plaintiff did send a letter requesting that the sender cease and desist from sending further email;

**B.**　　The emails attributed to Defendants advertise Defendants' products and/or services indicating that either Defendants sent the email, or Defendants contracted with a third party to send it on Defendants' behalf;

**C.**　　The emails at issue contain an Internet URL that, if activated, ultimately re-directs the recipient to a web site owned, and/or operated, and/or maintained, and/or controlled by Defendants, the commerce generated by which would inure to Defendants' benefit.

## The addresses and domain names that received the emails.

COMPLAINT FOR DAMAGES, PENALTIES,
AND INJUNCTIVE RELIEF -9
ISOMEDIA v. TELEBRANDS, INC., et al.

**i.Justice Law, PC**
**PO Box 25817**
**Seattle, WA 98165-1317**
**Phone/Fax: 888-839-3299**

1    The Email was sent to and received at the following individual email addresses

2    (including the domain name for each address, and the number of emails sent to each

3    address)

aclark@1stop.com        1
alisa@1stop.com        2
bobp@1stop.com        1
buchanan@1stop.com        1
bwalker@1stop.com        1
cb@1stop.com        2
chess@1stop.com        3
chuckm@1stop.com        2
cic@1stop.com        6
cjb@1stop.com        2
danj@1stop.com        13
dave@1stop.com        2
david@1stop.com        2
davids@1stop.com        11
denis@1stop.com        1
diamond@1stop.com        2
dpi@1stop.com        1
dward@1stop.com        2
edward@1stop.com        17
genius@1stop.com        2
geoff@1stop.com        1
get@1stop.com        1
golden@1stop.com        11
heath@1stop.com        8
jac@1stop.com        109
jennifer@1stop.com        3
jimbo@1stop.com        7
jimw@1stop.com        34
jperry@1stop.com        5
kirk@1stop.com        1
lyndon@1stop.com        68
magnet@1stop.com        1
mail@1stop.com        7
mam@1stop.com        27
mattw@1stop.com        1
mel@1stop.com        106
melodie@1stop.com        67
michaels@1stop.com        2
michiko@1stop.com        9
mikeh@1stop.com        1

COMPLAINT FOR DAMAGES, PENALTIES,
AND INJUNCTIVE RELIEF -10
ISOMEDIA v. TELEBRANDS, INC., et al.

**i.Justice Law, PC**
**PO Box 25817**
**Seattle, WA 98165-1317**
**Phone/Fax: 888-839-3299**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

mwood@1stop.com          14
nic@1stop.com          86
nico@1stop.com          1
price@1stop.com          85
raul@1stop.com          2
regan@1stop.com          3
rjb@1stop.com          1
rjw@1stop.com          3
rturner@1stop.com          10
saul@1stop.com          1
scotth@1stop.com          2
stephens@1stop.com          2
steve@1stop.com          1
steveh@1stop.com          8
sue@1stop.com          12
tjones@1stop.com          1
val@1stop.com          1
viking@1stop.com          2
wesmar@1stop.com          1
wil@1stop.com          1
winston@1stop.com          2
yoko@1stop.com          3
mark@allphaseplumbing.com          27
accounts@anzcropacifica.com          1
giovanni@anzcropacifica.com          1
teresa@anzcropacifica.com          1
teresa@avocetconsulting.com          16
dark@berryhillsoftware.com          1
dave@berryhillsoftware.com          4
rcraine@cascadealarm.com          35
sdow@cascadealarm.com          27
smarkham@cascadealarm.com          81
afa@cnw.com          1
ajean@cnw.com          31
anne@cnw.com          145
auctions@cnw.com          8
avalanch@cnw.com          2
chambers@cnw.com          47
dolphin@cnw.com          93
eliberty@cnw.com          18
elizabeth@cnw.com          5
galen@cnw.com          54
grant@cnw.com          97
haaland@cnw.com          3
hc3ruthm@cnw.com          9
jwmurphy@cnw.com          61

22
23
24
25

COMPLAINT FOR DAMAGES, PENALTIES,
AND INJUNCTIVE RELIEF -11
ISOMEDIA v. TELEBRANDS, INC., et al.

**i.Justice Law, PC**
**PO Box 25817**
**Seattle, WA 98165-1317**
**Phone/Fax: 888-839-3299**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

lindac@cnw.com        67
lindeins@cnw.com        28
mcgrrrrr@cnw.com        63
mcm@cnw.com        17
nonie@cnw.com        40
nwff@cnw.com        1
rbavis@cnw.com        22
rickster@cnw.com        5
sandman@cnw.com        1
sycamore@cnw.com        34
talexan@cnw.com        2
toyboys@cnw.com        4
vickip@cnw.com        20
toyboys@cnw.net        1
jmstenson@comcast.net        3
terrywcm@comcast.net        1
innkeepers@cottagecreekinn.com        15
dwgracia@coxgracia.com        2
lcampbell@coxgracia.com        38
pwoods@coxgracia.com        26
pers-966108289@craigslist.org        1
jensen@cupfart.com        1
newman@cupfart.com        2
mark@d3d.com        2
email@darrylr.com        2
amcere.14762c@digitalword.net        1
astlavista.us@digitalword.net        1
broderbund@digitalword.net        9
clickngoshopping.com@digitalword.net        2
kirstenbos.com@digitalword.net        1
armando@district10littleleague.org        2
drewdog@drewdog.com        157
geigerk@duq.edu        2
edward@edwardhawkins.com        16
llama@eitexam.com        19
junk@elitezorro.com        3
sales@engagent.com        4
domains@escapeartist.net        11
mike@escapeartist.net        209
support@escapeartist.net        1
jackie@fauntleroyucc.org        2
jackied@fauntleroyucc.org        2
ra@financialexperts.com        74
knight@foxglv.com        6
joanne@gardenwhite.com        21
germanca@germanauto.com        5

22
23
24
25

COMPLAINT FOR DAMAGES, PENALTIES,
AND INJUNCTIVE RELIEF -12
<u>ISOMEDIA v. TELEBRANDS, INC., et al.</u>

**i.Justice Law, PC**
**PO Box 25817**
**Seattle, WA 98165-1317**
**Phone/Fax: 888-839-3299**

1

dsscott@gocougs.wsu.edu        7
dkowens@harlanonline.net        1
atte256@hedlundbuilders.com        1
brian@hedlundbuilders.com        1
darien.mckinnon@hedlundbuilders.com        1
timhill@helmersmusic.com        1
info@herrerahomes.com        1
cat@howardmandville.com        2
dan@howardmandville.com        1
dave@howardmandville.com        70
frank@howardmandville.com        4
geoff@howardmandville.com        2
jay@howardmandville.com        84
jennifer@howardmandville.com        1
mandmail@howardmandville.com        21
nic@howardmandville.com        2
wayne@howardmandville.com        150
sales@ironhorsesales.com        60
3digital@isomedia.com        1
aandc@isomedia.com        64
adm@isomedia.com        2
advfire@isomedia.com        1
afa@isomedia.com        1
afj@isomedia.com        78
afordyce@isomedia.com        30
afrenock@isomedia.com        67
ajkmi@isomedia.com        8
alamo@isomedia.com        5
alandjan@isomedia.com        5
alexa@isomedia.com        1
alexh@isomedia.com        1
alexkerr@isomedia.com        1
algwen@isomedia.com        1
alissa@isomedia.com        20
aljulie@isomedia.com        19
amiller@isomedia.com        97
andie777@isomedia.com        53
andy@isomedia.com        1
anthonya@isomedia.com        1
apantelias@isomedia.com        35
armando@isomedia.com        5
ars101@isomedia.com        103
ars116@isomedia.com        1
ars120@isomedia.com        10
ashbri@isomedia.com        19
asloats@isomedia.com        17

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

22

COMPLAINT FOR DAMAGES, PENALTIES,
AND INJUNCTIVE RELIEF -13
ISOMEDIA v. TELEBRANDS, INC., et al.

23

**i.Justice Law, PC**
**PO Box 25817**
**Seattle, WA 98165-1317**
**Phone/Fax: 888-839-3299**

24
25

atria@isomedia.com        1
auntiemarnie@isomedia.com        103
avc@isomedia.com        112
aver@isomedia.com        80
azook@isomedia.com        2
bap@isomedia.com        49
barbc@isomedia.com        1
barboo3@isomedia.com        46
baughd@isomedia.com        1
baughman@isomedia.com        1
baywolf@isomedia.com        1
beesting@isomedia.com        19
bellasoc@isomedia.com        28
bembe@isomedia.com        21
beringcrabber@isomedia.com        26
bettek@isomedia.com        54
beve@isomedia.com        23
bfowler@isomedia.com        1
bglass@isomedia.com        54
bic@isomedia.com        28
bill@isomedia.com        65
billc@isomedia.com        13
billg@isomedia.com        26
billhug@isomedia.com        22
bingalls@isomedia.com        44
bkelly@isomedia.com        14
bluemike@isomedia.com        171
bluestar1@isomedia.com        41
bmichalski@isomedia.com        19
bmorris@isomedia.com        1
bobandcarol125@isomedia.com        20
bobgaines@isomedia.com        1
bricker@isomedia.com        4
brucebam@isomedia.com        1
brucej@isomedia.com        120
brumbach@isomedia.com        39
bryanh@isomedia.com        1
c.debit@isomedia.com        3
ca@isomedia.com        100
cadserv@isomedia.com        15
candymarinemom@isomedia.com        8
canna@isomedia.com        2
captain153@isomedia.com        16
carey2@isomedia.com        10
carolynss@isomedia.com        1
caryl@isomedia.com        75

COMPLAINT FOR DAMAGES, PENALTIES,
AND INJUNCTIVE RELIEF -14
ISOMEDIA v. TELEBRANDS, INC., et al.

**i.Justice Law, PC**
**PO Box 25817**
**Seattle, WA 98165-1317**
**Phone/Fax: 888-839-3299**

catfood@isomedia.com        22
caweber@isomedia.com        13
cb@isomedia.com        23
cboscole@isomedia.com        9
cbumpus@isomedia.com        43
cdf@isomedia.com        18
cecilia.nguyen@isomedia.com        20
cfox@isomedia.com        189
chambers@isomedia.com        170
chammer@isomedia.com        1
chappell@isomedia.com        1
charles1@isomedia.com        15
charlest@isomedia.com        1
cherylee@isomedia.com        162
cherylv@isomedia.com        1
chrimu@isomedia.com        33
christl@isomedia.com        34
cjcrna@isomedia.com        98
cjones@isomedia.com        36
clanzinger@isomedia.com        90
clifton@isomedia.com        2
cmrolfe@isomedia.com        5
coasterlisa@isomedia.com        70
colleen@isomedia.com        83
comrel@isomedia.com        2
concon@isomedia.com        1
conwaycheryl@isomedia.com        12
coop@isomedia.com        33
copytech@isomedia.com        5
corgisonly@isomedia.com        51
corkysrocks@isomedia.com        2
counters@isomedia.com        36
covich@isomedia.com        52
crabapple@isomedia.com        84
crh1@isomedia.com        21
crowther@isomedia.com        1
crutch@isomedia.com        192
crystal@isomedia.com        1
ctkillian@isomedia.com        109
cultum@isomedia.com        6
cws@isomedia.com        174
cybertek@isomedia.com        18
cynthiab@isomedia.com        3
dalei@isomedia.com        2
dalel@isomedia.com        116
danastyman@isomedia.com        71

COMPLAINT FOR DAMAGES, PENALTIES,
AND INJUNCTIVE RELIEF -15
ISOMEDIA v. TELEBRANDS, INC., et al.

**i.Justice Law, PC**
**PO Box 25817**
**Seattle, WA 98165-1317**
**Phone/Fax: 888-839-3299**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1

dancey@isomedia.com        49
danh@isomedia.com        63
danheit@isomedia.com        14

2

danj@isomedia.com        6
darktower@isomedia.com        2

3

daryl@isomedia.com        5
dave@isomedia.com        106

4

dbforbis@isomedia.com        1
dcash@isomedia.com        187
dcoffman@isomedia.com        1

5

dcress@isomedia.com        1
ddavis@isomedia.com        18

6

ddq425@isomedia.com        10
ddraper@isomedia.com        24

7

de4000@isomedia.com        68
deborahm@isomedia.com        1

8

dek@isomedia.com        1
demented@isomedia.com        1

9

dennisd@isomedia.com        121
diamond@isomedia.com        25
dianne7@isomedia.com        63

10

dierdorf@isomedia.com        76
dlitt@isomedia.com        22

11

dmcworx@isomedia.com        2
docnlou@isomedia.com        10

12

docslo@isomedia.com        71
donellagaines@isomedia.com        163

13

doog@isomedia.com        1
dorigan@isomedia.com        14

14

doubleentendre@isomedia.com        14
dqdix@isomedia.com        48
drains@isomedia.com        18

15

dramaqueen@isomedia.com        66
drburke@isomedia.com        18

16

drforrey@isomedia.com        1
drt@isomedia.com        47

17

dward@isomedia.com        12
dweeding@isomedia.com        51

18

dwines@isomedia.com        1
dylanj@isomedia.com        142

19

dzook@isomedia.com        120
e2earl@isomedia.com        16

20

ebeach1@isomedia.com        2
edziggy1@isomedia.com        5
einstein@isomedia.com        50

21

enigma@isomedia.com        5

22

COMPLAINT FOR DAMAGES, PENALTIES,
AND INJUNCTIVE RELIEF -16
<u>ISOMEDIA v. TELEBRANDS, INC., et al.</u>

23

**i.Justice Law, PC**
**PO Box 25817**
**Seattle, WA 98165-1317**
**Phone/Fax: 888-839-3299**

24

25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

erin.gutbrod@isomedia.com        48
essentialhealth@isomedia.com        1
eyegal@isomedia.com        27
eyesight@isomedia.com        31
fbi@isomedia.com        1
fchen@isomedia.com        80
fern@isomedia.com        37
fhorner@isomedia.com        3
frankg@isomedia.com        14
fredf@isomedia.com        89
freeway@isomedia.com        108
ftswartz@isomedia.com        22
gagidlof@isomedia.com        1
galen@isomedia.com        157
gamesplus@isomedia.com        2
gauthier@isomedia.com        24
gcombs@isomedia.com        273
gcoy@isomedia.com        8
gdoody@isomedia.com        20
geon116@isomedia.com        19
georges@isomedia.com        48
geriska8@isomedia.com        1
germanca@isomedia.com        1
ggustin@isomedia.com        1
ghcody@isomedia.com        58
ghostbe@isomedia.com        14
ghughes@isomedia.com        110
gln51@isomedia.com        3
gmak@isomedia.com        4
gmorrison@isomedia.com        150
golden@isomedia.com        66
gomzie@isomedia.com        49
gonfishn@isomedia.com        3
gpells@isomedia.com        67
grg@isomedia.com        15
gto@isomedia.com        35
gtuck12_31@isomedia.com        6
guitarman@isomedia.com        14
gwaters@isomedia.com        43
hajnal@isomedia.com        39
haleygraham@isomedia.com        8
hanzo@isomedia.com        11
harley@isomedia.com        74
harriettr@isomedia.com        97
haworth@isomedia.com        52
healthy@isomedia.com        15

COMPLAINT FOR DAMAGES, PENALTIES,
AND INJUNCTIVE RELIEF -17
ISOMEDIA v. TELEBRANDS, INC., et al.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

heidimae@isomedia.com        1
hertz@isomedia.com        17
hgs@isomedia.com        20
hi@isomedia.com        2
hogman@isomedia.com        2
hollyo@isomedia.com        16
hoytm@isomedia.com        1
hru@isomedia.com        48
hughey13@isomedia.com        28
hughlee44@isomedia.com        220
i_orders@isomedia.com        1
iba@isomedia.com        2
iconsite@isomedia.com        4
icypop@isomedia.com        1
irnhorse@isomedia.com        79
jab@isomedia.com        119
jac@isomedia.com        18
jackied@isomedia.com        3
jasmine@isomedia.com        1
jazzman@isomedia.com        3
jbamburg@isomedia.com        21
jblock@isomedia.com        28
jbryson@isomedia.com        19
jcmiddleton@isomedia.com        3
jdguard@isomedia.com        2
jeanneandgene@isomedia.com        20
jenewfa@isomedia.com        1
jennifer@isomedia.com        2
jennya@isomedia.com        43
jennys@isomedia.com        4
jesearing@isomedia.com        123
jessica@isomedia.com        2
jgomez@isomedia.com        46
jh@isomedia.com        31
jh1reed@isomedia.com        61
jimdavid@isomedia.com        126
jimw@isomedia.com        21
jkoehnline@isomedia.com        1
jne@isomedia.com        62
john@isomedia.com        54
johnberg@isomedia.com        14
johnc@isomedia.com        57
johncharp@isomedia.com        23
johncin@isomedia.com        37
johnnyvan@isomedia.com        28
johnp@isomedia.com        1

COMPLAINT FOR DAMAGES, PENALTIES,
AND INJUNCTIVE RELIEF -18
ISOMEDIA v. TELEBRANDS, INC., et al.

**i.Justice Law, PC**
**PO Box 25817**
**Seattle, WA 98165-1317**
**Phone/Fax: 888-839-3299**

1

johnrm@isomedia.com        49
jqooley@isomedia.com        4
jrussell@isomedia.com        1

2

jsheldon@isomedia.com        6
jsr2d2@isomedia.com        1

3

judyr@isomedia.com        47
juliem@isomedia.com        58

4

k_johnson@isomedia.com        2
kajordan@isomedia.com        95
kamiller@isomedia.com        56

5

karen.johns@isomedia.com        99
karenc@isomedia.com        3

6

karolm@isomedia.com        2
katscan@isomedia.com        76

7

kcheney@isomedia.com        43
kct@isomedia.com        2

8

kglem@isomedia.com        15
kht@isomedia.com        60

9

kichline@isomedia.com        34
klmac@isomedia.com        77
kmagarelli@isomedia.com        47

10

kmk@isomedia.com        1
kotterkey@isomedia.com        23

11

ksando@isomedia.com        3
landsea@isomedia.com        28

12

lanebear@isomedia.com        10
larry.phillips@isomedia.com        129

13

larrya@isomedia.com        48
larrym@isomedia.com        7

14

lbhrgstd@isomedia.com        4
libby39@isomedia.com        7
lindac@isomedia.com        6

15

lindberg@isomedia.com        3
linzip@isomedia.com        21

16

liondog@isomedia.com        48
lionslowvision@isomedia.com        52

17

lisarancore@isomedia.com        78
ljdavid@isomedia.com        47

18

ljpeyton@isomedia.com        5
ljwalmsley@isomedia.com        8
llama@isomedia.com        20

19

lmason@isomedia.com        68
lmhcpa@isomedia.com        4

20

loki@isomedia.com        3
loriclaire@isomedia.com        2

21

lthomas@isomedia.com        2

22

COMPLAINT FOR DAMAGES, PENALTIES,
AND INJUNCTIVE RELIEF -19
ISOMEDIA v. TELEBRANDS, INC., et al.

23

**i.Justice Law, PC**
**PO Box 25817**
**Seattle, WA 98165-1317**
**Phone/Fax: 888-839-3299**

24

25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

maples@isomedia.com        7
mariann@isomedia.com        2
markgaines@isomedia.com        1
mcgrrrrr@isomedia.com        12
mcmorrow@isomedia.com        87
mdtls@isomedia.com        1
megaproductions@isomedia.com        1
mem@isomedia.com        1
mendel@isomedia.com        2
miceelf@isomedia.com        4
michaeln@isomedia.com        3
michelle@isomedia.com        2
midknight@isomedia.com        1
mikew@isomedia.com        10
milton@isomedia.com        16
mjb@isomedia.com        2
mjcarey@isomedia.com        54
mjk@isomedia.com        36
mjohns@isomedia.com        17
mjs@isomedia.com        122
mkrzyzan@isomedia.com        4
moffatcp@isomedia.com        1
monterae@isomedia.com        3
mstone@isomedia.com        62
mukai@isomedia.com        7
mustang66@isomedia.com        2
mweeding@isomedia.com        3
namvet@isomedia.com        1
nancy409@isomedia.com        1
napoleon@isomedia.com        1
nfox@isomedia.com        50
nhd@isomedia.com        3
nic@isomedia.com        2
nickr@isomedia.com        3
notegal@isomedia.com        69
nublack@isomedia.com        1
ogata@isomedia.com        1
pacauto@isomedia.com        81
papermil@isomedia.com        4
patricia@isomedia.com        58
patt@isomedia.com        1
patty@isomedia.com        2
pattyklos@isomedia.com        9
payables@isomedia.com        2
peregrin@isomedia.com        1
peyton@isomedia.com        1

COMPLAINT FOR DAMAGES, PENALTIES,
AND INJUNCTIVE RELIEF -20
ISOMEDIA v. TELEBRANDS, INC., et al.

**i.Justice Law, PC**
**PO Box 25817**
**Seattle, WA 98165-1317**
**Phone/Fax: 888-839-3299**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

peytwood@isomedia.com        141
pgri@isomedia.com        105
phoefling@isomedia.com        82
pikes@isomedia.com        2
pkc@isomedia.com        42
platinum@isomedia.com        1
playa@isomedia.com        6
pmanning@isomedia.com        5
poliana@isomedia.com        2
posthole@isomedia.com        41
pratener@isomedia.com        94
preston@isomedia.com        3
priestoso@isomedia.com        1
psarles@isomedia.com        27
psf@isomedia.com        106
psykodoc@isomedia.com        3
pwiediger@isomedia.com        166
quin@isomedia.com        1
ragman@isomedia.com        51
raymichalski@isomedia.com        3
rbmarsh@isomedia.com        1
rcassady@isomedia.com        99
rebecca@isomedia.com        1
reiger@isomedia.com        40
rem@isomedia.com        55
rgjohnson@isomedia.com        24
rgriswold@isomedia.com        2
richmag@isomedia.com        3
rickster@isomedia.com        1
rjpcountry@isomedia.com        2
rkline@isomedia.com        39
rkmito5@isomedia.com        93
rmkirby@isomedia.com        7
robadams1820@isomedia.com        88
robotec@isomedia.com        17
rochcarls@isomedia.com        6
rosebud@isomedia.com        6
roseyf@isomedia.com        7
rossana@isomedia.com        69
rpeel@isomedia.com        2
rpfeil@isomedia.com        40
rschwob@isomedia.com        2
rtqmmattson@isomedia.com        4
rvbehrs@isomedia.com        111
rwillis@isomedia.com        9
sallytracy@isomedia.com        1

COMPLAINT FOR DAMAGES, PENALTIES,
AND INJUNCTIVE RELIEF -21
ISOMEDIA v. TELEBRANDS, INC., et al.

**i.Justice Law, PC**
**PO Box 25817**
**Seattle, WA 98165-1317**
**Phone/Fax: 888-839-3299**

1

sandivkc@isomedia.com        43
sandyg@isomedia.com        93
santwire@isomedia.com        58

2

saul@isomedia.com        4
sbenson@isomedia.com        30

3

scojo@isomedia.com        35
scottm@isomedia.com        99
scovich@isomedia.com        33

4

scrapydo@isomedia.com        15
seamstressed@isomedia.com        73

5

sedona@isomedia.com        2
sguild@isomedia.com        62

6

shane@isomedia.com        28
sharona@isomedia.com        28

7

sharonw@isomedia.com        22
sherman@isomedia.com        30

8

sherry@isomedia.com        49
shinebox@isomedia.com        17

9

shughes@isomedia.com        1
simonson@isomedia.com        300
sircharles@isomedia.com        86

10

sjberry@isomedia.com        14
skincare@isomedia.com        64

11

sklos3@isomedia.com        76
skull@isomedia.com        72

12

slick@isomedia.com        13
soccerdevil@isomedia.com        22

13

software@isomedia.com        1
sonyab@isomedia.com        22

14

sop@isomedia.com        22
soundeq@isomedia.com        46

15

spnw@isomedia.com        2
srdar@isomedia.com        3

16

sstewart@isomedia.com        2
stacy@isomedia.com        42

17

stargazermax@isomedia.com        2
steveh@isomedia.com        5
stromberg@isomedia.com        100

18

supple@isomedia.com        89
tacaveness@isomedia.com        60

19

tamblyn@isomedia.com        3
tartime@isomedia.com        3

20

teela@isomedia.com        2
teka@isomedia.com        1

21

tendron@isomedia.com        1
terri@isomedia.com        64

22

COMPLAINT FOR DAMAGES, PENALTIES,
AND INJUNCTIVE RELIEF -22
ISOMEDIA v. TELEBRANDS, INC., et al.

23

24

25

**i.Justice Law, PC**
**PO Box 25817**
**Seattle, WA 98165-1317**
**Phone/Fax: 888-839-3299**

1
terrycm@isomedia.com       6
terryparker@isomedia.com        31
thebllnldy@isomedia.com          62
2
themws@isomedia.com        3
theo@isomedia.com        105
3
thomasb@isomedia.com          110
timhuff@isomedia.com        1
4
titanial@isomedia.com        60
tlwong@isomedia.com        2
tmilan@isomedia.com        45
5
tnorman@isomedia.com        40
tomcol@isomedia.com        69
6
tomkelly@isomedia.com        48
tonyc@isomedia.com        1
7
tonykent@isomedia.com        2
tooliepress@isomedia.com         1
8
trsinc@isomedia.com        22
truegold@isomedia.com        266
9
tulip54@isomedia.com        2
twalsh@isomedia.com        16
usbornebooks@isomedia.com         1
10
valerie@isomedia.com        14
vernp@isomedia.com        111
11
vhurd@isomedia.com        1
vickip@isomedia.com        231
12
vjrhine@isomedia.com        48
vqmedia@isomedia.com        13
13
vsmith@isomedia.com        4
vzwick@isomedia.com        45
w7dny@isomedia.com        41
14
warrens@isomedia.com        101
waterbug@isomedia.com        7
15
wendyjrm@isomedia.com        55
wil@isomedia.com        13
16
wilbornce@isomedia.com        14
willie2000@isomedia.com        27
17
wintercreek@isomedia.com        16
winvp91@isomedia.com        20
18
wizard@isomedia.com        97
wlsollars@isomedia.com        1
19
woodman@isomedia.com        3
woollym@isomedia.com        14
wtimber@isomedia.com        3
20
wwilkins@isomedia.com        14
ykhosraw@isomedia.com        49
21
yogakate@isomedia.com        144

22
COMPLAINT FOR DAMAGES, PENALTIES,
AND INJUNCTIVE RELIEF -23
ISOMEDIA v. TELEBRANDS, INC., et al.
23

24

25

**i.Justice Law, PC**
**PO Box 25817**
**Seattle, WA 98165-1317**
**Phone/Fax: 888-839-3299**

1
yoshihoashi@isomedia.com        7
youyou@isomedia.com        1
zane@isomedia.com        3

2
zsheldon@isomedia.com        13
barboo3@isomedia.com,        2

3
bobandcarol125@isomedia.com,        1
christl@isomedia.com,        2

4
freeway@isomedia.com,        1
johnc@isomedia.com,        1

5
lindberg@isomedia.com,        42
loriclaire@isomedia.com,        2

6
pikes@isomedia.com,        2
libby39@isomedia.net        4

7
jokrueger@jokrueger.com        159
jessica@langex.com        1

8
langex@langex.com        79
tlebilling@langex.com        1
tlesnoco@langex.com        1

9
debwatt@lojb.net        1
bryce@milton.com        18

10
mike@milton.com        25
mikel@milton.com        1
sara@milton.com        35

11
stephen@milton.com        2

12
bwarren@mortgage-helper.com        9
fmurtagh@multiresolution.com        2

13
info@nelsonrovzar.com        1
chohan@netified-classifieds.com        1
cookie@netified-classifieds.com        17

14
adm@netsplash.com        75
afeik@netsplash.com        16
ahc@netsplash.com        1

15
alamo@netsplash.com        1
alissa@netsplash.com        2

16
ams@netsplash.com        7
amyc@netsplash.com        1

17
andy2@netsplash.com        1
armando@netsplash.com        85

18
automan@netsplash.com        1
baughman@netsplash.com        3

19
bdk@netsplash.com        1
belle@netsplash.com        1

20
bennett@netsplash.com        2
bettina@netsplash.com        15
bfowler@netsplash.com        1

21
ble@netsplash.com        3

22
COMPLAINT FOR DAMAGES, PENALTIES,
AND INJUNCTIVE RELIEF -24
<u>ISOMEDIA v. TELEBRANDS, INC., et al.</u>

23

24

25

**i.Justice Law, PC**
**PO Box 25817**
**Seattle, WA 98165-1317**
**Phone/Fax: 888-839-3299**

blknight@netsplash.com        3
bwalker@netsplash.com        1
bwhite@netsplash.com        4
cashflow@netsplash.com        2
cat@netsplash.com        3
catfood@netsplash.com        1
ceb@netsplash.com        2
chappell@netsplash.com        1
charlest@netsplash.com        82
charliem@netsplash.com        22
cherie@netsplash.com        64
chichi@netsplash.com        1
cjohnson@netsplash.com        1
ckelly@netsplash.com        70
colleen@netsplash.com        4
coolguy@netsplash.com        1
counter@netsplash.com        1
crafts@netsplash.com        3
crowther@netsplash.com        2
csmith@netsplash.com        54
cws@netsplash.com        4
cyco@netsplash.com        81
cynthian@netsplash.com        85
danf@netsplash.com        1
danh@netsplash.com        9
daryl@netsplash.com        17
dave@netsplash.com        1
davidd@netsplash.com        9
davids@netsplash.com        64
dean@netsplash.com        79
denis@netsplash.com        2
denisej@netsplash.com        9
detaylor@netsplash.com        1
dhuber@netsplash.com        131
dierdorf@netsplash.com        10
dino@netsplash.com        92
dmw@netsplash.com        2
donovan@netsplash.com        1
drm@netsplash.com        1
dustinm@netsplash.com        1
dward@netsplash.com        2
edward@netsplash.com        2
edwardb@netsplash.com        1
einstein@netsplash.com        1
emh@netsplash.com        3
ernie@netsplash.com        2

COMPLAINT FOR DAMAGES, PENALTIES,
AND INJUNCTIVE RELIEF -25
<u>ISOMEDIA v. TELEBRANDS, INC., et al.</u>

**i.Justice Law, PC**
**PO Box 25817**
**Seattle, WA 98165-1317**
**Phone/Fax: 888-839-3299**

1

eugene@netsplash.com        1
fisheye@netsplash.com        3
frances@netsplash.com        2

2

frank@netsplash.com        1
gamaliel@netsplash.com        1

3

games@netsplash.com        1
garym@netsplash.com        3
garyt@netsplash.com        3

4

gen@netsplash.com        4

5

genius@netsplash.com        1
geoff@netsplash.com        1
gillette@netsplash.com        6

6

glenb@netsplash.com        1
gohan@netsplash.com        2

7

guitarman@netsplash.com        6
hajnal@netsplash.com        3

8

hale@netsplash.com        79
hallock@netsplash.com        1
hartley@netsplash.com        1

9

haworth@netsplash.com        1

10

hd@netsplash.com        1
healthy@netsplash.com        3
heath@netsplash.com        3

11

henk@netsplash.com        1
hi@netsplash.com        1

12

host@netsplash.com        64
hughr@netsplash.com        7

13

jackieb@netsplash.com        1
jamesk@netsplash.com        2

14

jasmine@netsplash.com        65
jaustin@netsplash.com        2

15

jay@netsplash.com        1
jcd@netsplash.com        9
jessica@netsplash.com        8

16

jh@netsplash.com        2
jhollis@netsplash.com        2

17

jimbo@netsplash.com        1
jlord@netsplash.com        1

18

jman@netsplash.com        1
joejoe@netsplash.com        2
johna@netsplash.com        2

19

jtse@netsplash.com        1
jwells@netsplash.com        3

20

karenj@netsplash.com        7
karin@netsplash.com        14

21

katie@netsplash.com        5

22

COMPLAINT FOR DAMAGES, PENALTIES,
AND INJUNCTIVE RELIEF -26
ISOMEDIA v. TELEBRANDS, INC., et al.

23

24

**i.Justice Law, PC**
**PO Box 25817**
**Seattle, WA 98165-1317**
**Phone/Fax: 888-839-3299**

25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

kellyj@netsplash.com       1
kellys@netsplash.com       1
kevin1@netsplash.com        2
kirk@netsplash.com       75
kitchin@netsplash.com       1
knight@netsplash.com       54
larrym@netsplash.com       264
lchan@netsplash.com       35
lindad@netsplash.com       158
lore@netsplash.com       69
lthomas@netsplash.com       1
lulu@netsplash.com       2
lyons@netsplash.com       3
main@netsplash.com       1
markf@netsplash.com       14
marylou@netsplash.com        2
mattw@netsplash.com       208
mendel@netsplash.com       1
mikeh@netsplash.com       9
mikel@netsplash.com       116
mikew@netsplash.com       4
moira@netsplash.com       120
msparks@netsplash.com        2
newman@netsplash.com        3
nic@netsplash.com       5
nick@netsplash.com       1
nicki@netsplash.com       41
nisse@netsplash.com       12
obienjul@netsplash.com        6
pascal@netsplash.com       1
patty@netsplash.com       41
paulv@netsplash.com       1
pedo@netsplash.com       1
peggyc@netsplash.com        1
pfreeman@netsplash.com       88
pinnacle@netsplash.com       48
platinum@netsplash.com       34
preston@netsplash.com       1
princess@netsplash.com       91
puck@netsplash.com       22
ra@netsplash.com       4
rainman@netsplash.com        1
regan@netsplash.com       51
rjb@netsplash.com       1
roth@netsplash.com       18
rtm@netsplash.com       68

COMPLAINT FOR DAMAGES, PENALTIES,
AND INJUNCTIVE RELIEF -27
ISOMEDIA v. TELEBRANDS, INC., et al.

**i.Justice Law, PC**
**PO Box 25817**
**Seattle, WA 98165-1317**
**Phone/Fax: 888-839-3299**

salmon@netsplash.com         1
sara@netsplash.com         3
sarge@netsplash.com         52
scoles@netsplash.com         1
seddy@netsplash.com         2
sharon@netsplash.com         60
sherman@netsplash.com         1
sherry@netsplash.com         3
shirleyd@netsplash.com         1
skincare@netsplash.com         9
software@netsplash.com         3
stacy@netsplash.com         1
steph@netsplash.com         1
stephanie@netsplash.com         8
stevef@netsplash.com         1
steveh@netsplash.com         2
stevem@netsplash.com         2
stevens@netsplash.com         2
sue@netsplash.com         208
tanker@netsplash.com         1
ted@netsplash.com         2
teka@netsplash.com         1
terri@netsplash.com         10
terry@netsplash.com         1
textures@netsplash.com         2
tgillesp@netsplash.com         2
tharris@netsplash.com         2
tlk@netsplash.com         2
toddc@netsplash.com         2
tommyn@netsplash.com         2
tparker@netsplash.com         2
val@netsplash.com         2
vb@netsplash.com         13
viking@netsplash.com         1
wags@netsplash.com         64
warrens@netsplash.com         1
wayne@netsplash.com         1
we@netsplash.com         7
west@netsplash.com         2
wild@netsplash.com         1
wildwood@netsplash.com         9
winston@netsplash.com         1
woodie@netsplash.com         1
armando@netsplash.com,         1
obienjul@netsplash.com,         3
engineer@nhdinc.com         4

COMPLAINT FOR DAMAGES, PENALTIES,
AND INJUNCTIVE RELIEF -28
ISOMEDIA v. TELEBRANDS, INC., et al.

**i.Justice Law, PC**
**PO Box 25817**
**Seattle, WA 98165-1317**
**Phone/Fax: 888-839-3299**

1
mjwittig@nhdinc.com        53
res@nhdinc.com        117
ssmith@nhdinc.com        2

2
paulv@nimrods.org        14
drmark@nwvisionclinic.com        3

3
psisales@pacificskiffs.com        7
kkaufman@pfr.com        1

4
mikelane@plastiform.com        123
pton@plastiform.com        2

5
sue@qualityimagegallery.com        51
samj@rae-corp.com        1

6
ashvin@rainsong.com        1
glen.manola@rainsong.com        1

7
jad@rainsong.com        89
jeane@rainsong.com        64
lmd@rainsong.com        159

8
oliver@rainsong.com        1
kathy@rauzi.com        69

9
davidd@rfeng.com        1
kena@rfeng.com        278

10
rickl@ricksyardservice.com        1
erik@rovzargallery.com        2
mail@rovzargallery.com        2

11
gaming@rustycon.com        1
info@skagitpowersports.com        2

12
dcoffman@sos.net        24
andrewbuc@staxman.net        1

13
flynlow@surfbird.org        1
alissa@theinsidegateway.com        2

14
artemis@theinsidegateway.com        1
aslin@theinsidegateway.com        1

15
bigguns@theinsidegateway.com        1
jennifer@theinsidegateway.com        2
jessica@theinsidegateway.com        2

16
jessika@theinsidegateway.com        2
jimmyp@theinsidegateway.com        6

17
joanne@theinsidegateway.com        54
joesph@theinsidegateway.com        2

18
sdepolo@theinsidegateway.com        49
recipient@tpa3.isomedia.com        12

19
mkrzyzan@users.isomedia.com        39
comments@wflr.com        2

20
will@willlandon.com        1
daves@winsol.com        105
garym@winsol.com        61

21
lesw@winsol.com        1

22
COMPLAINT FOR DAMAGES, PENALTIES,
AND INJUNCTIVE RELIEF -29
<u>ISOMEDIA v. TELEBRANDS, INC., et al.</u>

23

24

25

**i.Justice Law, PC**
**PO Box 25817**
**Seattle, WA 98165-1317**
**Phone/Fax: 888-839-3299**

melh@winsol.com        8
steve537@winsol.com        55
michael@withpersonality.com        42
terileigh@withpersonality.com        226
wsdaboard@wsda.org        2
warrens@wstiles-comm-design.com        1
wiwahaua@yahoo.com.co        1
pratener@yourfrenchhome.com        30

COMPLAINT FOR DAMAGES, PENALTIES,
AND INJUNCTIVE RELIEF -30
ISOMEDIA v. TELEBRANDS, INC., et al.